THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 
 
 

v.

 
 
 
 Sheree W.,
 Alfred W., James J., and Wendell B., Defendants,
 Of whom Sheree
 W. is the Appellant.
 In the interest
 of five minor children under the age of 18.
 
 
 

Appeal from Colleton County
Peter L. Fuge, Family Court Judge

Unpublished Opinion No. 2012-UP-164
 Submitted March 1, 2012  Filed March 7,
2012    

AFFIRMED

 
 
 
 Robert J. Bonds, of Walterboro, for
 Appellant.
 Angela W. Abstance, of Denmark, and
 Scarlet Bell Moore, of Greenville, for Respondent.
 Heather Jones Galvin, of Bluffton, for
 Guardian ad Litem.
 
 
 

PER CURIAM: Sheree W. appeals the family court's order of removal.  Upon a thorough review of the record and
 the family court's findings of fact and conclusions of law, pursuant to Ex
 Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious
 issues warrant briefing.  Accordingly, we affirm the family court's ruling and grant
 counsel's motion to be relieved.
AFFIRMED.[1]
FEW, C.J.,
 HUFF and SHORT, JJ., concur. 
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.